Division, First Department. July 7, 1905.) Action by Leo Schlesinger, as receiver, against Owen P. McDonald. No opinion. Order affirmed, with $10 costs and disbursements.

**SCHLOERB** et al., Respondents, v. DE-PARTMENT OF HEALTH OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. August 31, 1905.) Action by Barbara Schloerb and others against the department of health of the city of New York.

PER CURIAM. While this court entertains serious doubt as to the propriety of injunctive relief against a mere dispensary for the treatment of patients suffering from tuberculous disease, where the work of the institution is to be confined solely to an examination of the patients and the giving of prescriptions and advice, it is deemed best to allow the preliminary injunction to stand until all the facts in controversy can be fully developed upon the trial, where it may be made to appear that no such danger exists as the plaintiffs apprehend. The order appealed from will therefore be affirmed, on condition that the plaintiffs stipulate to try the case at the first Special Term for trials in Kings county, provided the defendant so desires. No costs of this appeal to either party.

**SCHMIDT**, Respondent, v. METROPOLI-TAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Frederick A. Schmidt against the Metropolitan Street Railroad Company. B. H. Ames, for appellant. J. H. Laird, for respondent. No opinion. Judgment and order affirmed, with costs.

**SCHNELL**, Respondent, v. FARUOLO, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1905.) Action by Henry Schnell against Charles R. Faruolo. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

**SCHNELL**, Respondent, v. FARUOLO, Appellant. (Supreme Court, Appellate Division, Second Department. October 20, 1905.) Action by Henry Schnell against Charles R. Faruolo. No opinion. Motion to open default granted, order of affirmance vacated, and appellant permitted to file his brief forthwith.

**SCHNIZER**, Respondent, v. PHILLIPS, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1905.) Action by Julia Schnizer against Louis A. Phillips. No opinion. Motion denied.

In re SCHREIBER. (Supreme Court, Appellate Division, First Department. October 13, 1905.) In the matter of Jane Schreiber, deceased. No opinion. Motion denied, on payment of $10 costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

**SCHREYER** v. CITIZENS' NAT. BANK. (Supreme Court, Appellate Division, First Department. November 20, 1905.) Action by Charles M. Schreyer against the Citizens' National Bank. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

**SEELEY**, Appellant, v. CONNORS et al. Respondents. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by James J. Seeley against James J. Connors and Matilda Ostrum.

PER CURIAM. As the order appealed from herein merely stays proceedings until after the determination of the appeal taken in the proceedings supplementary to execution herein, and as that appeal has now been determined, the proper course seems to be to dismiss this appeal, without costs, without determining the question of the authority of the court to stay the proceeding.

**SELIGSBERG**, Respondent, v. SCHEPP, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1905.) Action by Abraham Seligsberg against Leopole Schepp. D. P. Hays, for appellant. G. W. Seligman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re SHAPIRO. (Supreme Court, Appellate Division, First Department. November 2, 1905.) In the matter of Joseph Shapiro. No opinion. Order affirmed.

In re SHELDON'S ESTATE. (Supreme Court, Appellate Division, Third Department. September 13, 1905.) In the matter of the estate of Scebelia H. Sheldon, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

**SHONTS**, Respondent, v. THOMAS et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 27, 1905.) Action by Theodore P. Shonts against Edward R. Thomas and others. No opinion. Order affirmed, with $10 costs and disbursements.

**SILVER**, Respondent, v. FELTMAN, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Pauline Silver against William Feltman. J. V. Bouvier, Jr., for appellant. E. Hymes, for respondent. No opinion. Judgment and order affirmed, with costs.

**SINGER MFG. CO.**, Respondent, v. HAR-RIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1905.) Action by the Singer Manufacturing Company against J. M. Harris. No opinion. Judgment affirmed, with costs.

In re SKELLY. (Supreme Court, Appellate Division, First Department. November 10, 1905.) In the matter of Mary A. Skelly. No opinion. Motion denied.

In re SMITH. (Supreme Court, Appellate Division, Fourth Department. October 4, 1905.) In the matter of petition of William Smith for an order revoking and canceling liquor tax certificate No. 26,152, issued to Stephen R. Ryan.